**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6277**

---

UNITED STATES OF AMERICA,

> Plaintiff - Appellee,

v.

LARRY KENNETH SPEED, a/k/a Kenneth Richard Godfrey, a/k/a Kenny Speed,

> Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, Senior District Judge.  (2:00-cr-00092-RAJ-1)

---

Submitted:  July 31, 2025                         Decided:  November 24, 2025

---

Before THACKER and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Larry Kenneth Speed, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Kenneth Speed, a federal prisoner, appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). Having carefully reviewed the record, we are satisfied that the district court did not abuse its discretion in weighing the 18 U.S.C. § 3553(a) factors and concluding that Speed was not entitled to compassionate release. *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (explaining standard of review); *Brodziak v. Runyon*, 145 F.3d 194, 196 (4th Cir. 1998) (recognizing that a decision "within the discretion of the [district] court should be affirmed even though we might have exercised that discretion quite differently"). Accordingly, we affirm the district court's order. *United States v. Speed*, No. 2:00 cr-00092-RAJ-1 (E.D. Va. Mar. 21, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*